# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| **ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC** | ) Chapter 11 Case No. 19-40263-BEM |
| | ) |
| | ) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Please take notice that Francesca Macchiaverna of the firm Hunter, Maclean, Exley & Dunn, P.C. will represent the interests of MidCap Funding Investment IV, LLC in this matter. The undersigned requests that her name shown below be placed on the mailing matrix and that all notices in this matter be served upon counsel for MidCap Funding Investment IV, LLC as follows:

Francesca Macchiaverna, Esq.
Hunter, Maclean, Exley & Dunn, P.C.
P.O. Box 9848
Savannah, GA 31412
fmacchiaverna@huntermaclean.com

This 7th day of February, 2019.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

s/ Francesca Macchiaverna
Francesca Macchiaverna
Georgia Bar No. 462924
Attorney for MidCap Funding Investment IV, LLC

200 East Saint Julian Street
Post Office Box 9848
Savannah, GA 31412
Telephone:    (912) 236-0261
Facsimile:    (912) 236-4936
fmacchiaverna@huntermaclean.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing **Notice of Appearance and Request for Notices** upon all parties to this matter by U.S. Mail or by the CM/ECF system which will send a notice of electronic filing to the following:

Leslie M. Pineyro
JONES & WALDEN, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Aspen Village At Lost Mountain Memory Care, LLC
2860 Overlook Court
Atlanta, GA 30324

This 7th day of February, 2019.

HUNTER, MACLEAN, EXLEY & DUNN, P.C.

s/ Francesca Macchiaverna
Francesca Macchiaverna
Georgia Bar No. 462924
Attorney for MidCap Funding Investment IV, LLC

200 E. Saint Julian Street
Post Office Box 9848
Savannah, GA 31412-0048
(912) 236-0261

4835-7735-1047 v1