

**IT IS ORDERED as set forth below:**

**Date: July 31, 2019**

_____

**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,**<br><br>  **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40263-BEM** |

**ORDER (A) APPROVING DISCLOSURE STATEMENT, (B) ESTABLISHING
BALLOTING AND OBJECTION DEADLINES, AND(C) SCHEDULING HEARING**

This Matter came before the Court for Hearing on June 20, 2019 at 10:00 a.m. pursuant to the "Disclosure Statement for Plan of Reorganization" (Doc. No. 41) filed by Aspen Village at Lost Mountain Memory Care, LLC ("Debtor") on April 15, 2019, as supplemented on July 2, 2019 pursuant to the "Supplement to Disclosure Statement (Doc. No. 58) (collectively, the "Disclosure Statement"), referring to its "Plan of Reorganization" (Doc. No. 42) (as amended or modified, the "Plan").

After reviewing the pleadings and the entire record in this case and for the reasons announced on the record at the Hearing, the Court concludes that good and sufficient cause exists to approve the Disclosure Statement. Accordingly, IT IS HEREBY ORDERED as follows:

1. The Disclosure Statement complies with 11 U.S.C. §1125 and provides "adequate information" to creditors and parties-in-interest.

2. The Disclosure Statement is hereby APPROVED.

3. The deadline for filing written objections to the Plan shall be **September 3, 2019**[1] and must be **filed with the** Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, 600 East First Street, Room 339, Rome, Georgia 30161 and **a copy shall be served** on counsel for Debtor, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, Attn: Leon S. Jones and Leslie Pineyro so that is it **received by counsel for debtor by 11:59:59 PM on the 3rd day of September 2019.**

4. A hearing will be held **in Courtroom 1402, U.S. Courthouse, 75 Ted Turner Drive, SW, ATLANTA, Georgia 30303 at 10:00 a.m. on the 19th day of September, 2019, and if necessary, continuing at 10:00 am on the 20th day of September, 2019** to consider confirmation of the Plan and determine the value of collateral and extent to which claims are secured pursuant to 11 U.S.C. §506(a) and Rule 3012. *This hearing is set in ATLANTA on a Rome Division case.*

5. The deadline for casting ballots to accept or reject the Plan shall be **September 3, 2019**[2]. Ballots shall be **filed with the** Clerk of the Bankruptcy Court, U.S. Bankruptcy Court, 600 East First Street, Room 339, Rome, Georgia 30161 and **a copy shall be served** on counsel for Debtor, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, Attn: Leon S. Jones and Leslie Pineyro so that is it **received by counsel for debtor by 11:59:59 PM on the 3rd day of September 2019.**

6. The Ballot attached hereto as Exhibit "A" is hereby APPROVED.

---

[1] The deadline for filing written objections electronically through the Court's electronic case filing system shall be 11:59:59 p.m. The deadline for filing written objections manually with the Clerk's office shall be 4:00 p.m.

[2] The deadline for casting ballots electronically through the Court's electronic case filing system shall be 11:59:59 p.m. The deadline for casting ballots manually with the Clerk's office shall be 4:00 p.m.

7. Debtor shall serve a copy of this Order, the Disclosure Statement, the Plan, and a Ballot, upon the appropriate parties-in-interest within three (3) days after entry of this Order and shall file a certificate of service setting forth the manner and method of service.

**End of Document**

Order Prepared and Presented by:
**JONES & WALDEN, LLC**

/s/ *Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
21 Eighth Street, NE
Atlanta, GA 30309
(404) 564-9300
(404) 564-9301 Facsímile
*Lpineyro@joneswalden.com*


**Distribution List**:

Leslie M. Pineyro, Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, GA 30309

Martin Ochs, Office of the United States Trustee, 362 Richard B. Russell Federal Bldg, 75 Ted Turner Drive, SW, Atlanta, GA 30303

# Exhibit "A" Follows

# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,<br><br>   Debtor. | CHAPTER 11<br><br>CASE NO. 19-40263-BEM |

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On April 15, 2019, Debtor filed its "Disclosure Statement for Plan of Reorganization" (Doc. No. 41), as supplemented on July 2, 2019 pursuant to the "Supplement to Disclosure Statement (Doc. No. 58) (collectively, the "Disclosure Statement"), referring to its "Plan of Reorganization" (Doc. No. 42) (as amended or modified, the "Plan").  The Court has approved the Disclosure Statement.  The Disclosure Statement provides information to assist you in deciding how to vote your ballot.  If you do not have a Disclosure Statement, you may obtain a copy from Jones & Walden, LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, 404-564-9300 (telephone), 404-564-9301 (facsimile).  The Disclosure Statement and Plan are available for review in the Clerk, U.S. Bankruptcy Court, 600 East First Street, Room 339, Rome, Georgia 30161 during normal business hours or online at http://ecf.ganb.uscourts.gov (registered users) or at http://pacer.psc.uscourts.gov (unregistered users).

**You should review the Disclosure Statement and the Plan before you vote.  You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan.  If you hold claims or equity interests in more than one class, you shall file a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Clerk, U.S. Bankruptcy Court, 600 East First Street, Room 339, Rome, Georgia 30161,** *on or before* <u>September 3, 2019</u>**, and a copy is not received by counsel for Debtor at 21 Eighth Street, NE, Atlanta, Georgia 30309 on or before 11:59:59 PM on** <u>September 3, 2019</u>**, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| **IN RE:** <br><br> **ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,** <br><br>      **Debtor.** | **CHAPTER 11** <br><br> **CASE NO. 19-40263-BEM** |

**BALLOT FOR ACCEPTING OR REJECTING DEBTOR'S PLAN OF REORGANIZATION**

The Plan referred to in this ballot can be confirmed and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each Class. If the required acceptances are not obtained, the Plan may nevertheless be confirmed if the Court finds that the plan accords fair and equitable treatment to the Class or Classes rejecting it and otherwise satisfies the requirements of Section 1129(b) of the Code.

**TO HAVE YOUR VOTE COUNT, YOU MUST COMPLETE AND RETURN THIS BALLOT ON OR BEFORE _September 3, 2019_[1] TO:**

**Clerk, U.S. Bankruptcy Court
600 East First Street
Room 339
Rome, Georgia 30161**

You must also deliver a copy of the completed, signed ballot to Debtor's Attorney at: Jones & Walden LLC, 21 Eighth Street, NE, Atlanta, Georgia 30309, Attn: Leon S. Jones (ljones@joneswalden.com) and Leslie Pineyro (lpineyro@joneswalden.com) or fax (404) 564-9301).

**The undersigned is a holder of** [check one:]
    ___ a secured claim
    ___ an unsecured claim
    ___ other [specify:_____]

**In the amount of $_____, in Class ___ and hereby:**

        _____ **Accepts**        _____ **Rejects**

**Debtor's Plan of Reorganization**

Date: _____        Creditor: _____
                                                    Print or Type Name
                                     Signed: _____
                                     [If appropriate] as: _____
                                                    Title
                                     Address: _____
                                              _____
                                     Phone Number: _____
                                     Email Address: _____

---

[1] The deadline for casting ballots electronically through the Court's electronic case filing system shall be 11:59:59 p.m. The deadline for casting ballots manually with the Clerk's office shall be 4:00 p.m.