## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | |
|---|---|
| IN RE: | **CHAPTER 11** |
| **ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,** | **CASE NO. 19-40263-BEM** |
| **Debtor.** | |

### DEBTOR'S MONTHLY OPERATING REPORT
### FOR THE PERIOD FROM JULY 1, 2019 TO JULY 31, 2019

COMES NOW the above-named Debtor and files this Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

This 19th day of August, 2019.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300 Telephone
(404) 564-9301 Facsimile
LPineyro@JonesWalden.com

Debtor's Address:
Aspen Village At Lost Mountain
Memory Care, LLC
2860 Overlook Court
Atlanta, GA 30324

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
### FOR THE PERIOD BEGINNING 7/1/2019 _____ AND ENDING 7/31/2019 _____

Aspen Village at Lost Mountain

Name of Debtor: Memory Care

Case Number 19-40263

Date of Petition: 2/5/2019

|  | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | $0.00 (a) | (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | $0.00 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | $0.00 | |
| C. Other Receipts *(See MOR-3)* | $0.00 | |
| (If you receive rental income, | | |
| you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | $0.00 | |
| **4. TOTAL FUNDS AVAILABLE FOR** | | |
| **OPERATIONS *(Line 1 + Line 3)*** | $0.00 | |
| | | |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | $0.00 | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | $0.00 (c) | (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

This _11_ day of _Aug_, 20_19_                    /s/ _____ (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.

(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING   N/A

Name of Debtor:  Aspen Village at Lost Mountain Memory Care          Case Number:  19-40263

Reporting Period beginning 7/1/2019          Period ending  7/31/2019

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total | |
|---|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of  collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a)This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.

(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**    N/A

Aspen Village at Lost Mountain

Name of Debtor: Memory Care                           Case Number:  19-40263

Reporting Period beginning 7/1/2019                   Period ending  7/31/2019

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition</u>.  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT                                                    _____(b)

☐ **Check here if pre-petition debts have been paid.  Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

Opening Balance                                   $_____(a)
    PLUS: New Indebtedness Incurred This Month    $_____
    MINUS: Amount Paid on Post Petition,
        Accounts Payable This Month               $_____
    PLUS/MINUS: Adjustments                       $_____ *
Ending Month Balance                              $_____(c)

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only).   If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| TOTAL | _____ | _____(d) | | |

(a)This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 5**

**INVENTORY AND FIXED ASSETS REPORT**   **N/A**

Aspen Village at Lost Mountain

Name of Debtor:  Memory Care                          Case Number:  19-40263

Reporting Period beginning  7/1/2019                    Period ending  7/31/2019

**INVENTORY REPORT**

INVENTORY BALANCE AT PETITION DATE:        $_____
INVENTORY RECONCILIATION:
     Inventory Balance at Beginning of Month        $_____(a)
      PLUS: Inventory Purchased During Month      $_____
      MINUS: Inventory Used or Sold                $_____
      PLUS/MINUS: Adjustments or Write-downs       $_____*
     Inventory on Hand at End of Month            $_____

METHOD OF COSTING INVENTORY:  _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

---

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% =| _____100%* |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:**_____

---

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:  _____(b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only):  _____
_____
_____

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month        $_____(a)(b)
    MINUS:  Depreciation Expense                $_____
    PLUS:  New Purchases                        $_____
    PLUS/MINUS: Adjustments or Write-downs      $_____*
Ending Monthly Balance                              $_____

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING
PERIOD:  _____
_____

(a)This number is carried forward from last month's report.  For the first report only, this number will be the
   balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
   Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**

**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**   N/A

Name of Debtor: <u>Aspen Village at Lost Mountain
Memory Care</u>      Case Number:  <u>19-40263</u>

Reporting Period beginning <u>7/1/2019</u>      Period ending  <u>7/31/2019</u>

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.   If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: _____      BRANCH: _____

ACCOUNT NAME: _____      ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____<u>OPERATING</u>_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Outstanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards are used by**_____

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$_____Transferred to Payroll Account
$_____Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**  N/A

Name of Debtor: _Aspen Village at Lost Mountain_
_Memory Care_____     Case Number: _19-40263_____

Reporting Period beginning _7/1/2019_____     Period ending _7/31/2019_____

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____

ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT: _____OPERATING_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|------|------|------|------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                $_____

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**   **N/A**

Aspen Village at Lost Mountain

Name of Debtor:  Memory Care                              Case Number:  19-40263

Reporting Period beginning  7/1/2019                    Period ending  7/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: _____    BRANCH: _____

ACCOUNT NAME: _____    ACCOUNT NUMBER: _____
PURPOSE OF ACCOUNT: _____PAYROLL_____

| | |
|---|---|
| Ending Balance per Bank Statement | $_____ |
| Plus Total Amount of Outstanding Deposits | $_____ |
| Minus Total Amount of Outstanding Checks and other debits | $_____ * |
| Minus Service Charges | $_____ |
| Ending Balance per Check Register | $_____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____

The following disbursements were paid by Cash:  ( □ Check here if cash disbursements were authorized
by  United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|------|--------|-------|---------|-------------------------------------------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
   "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT    N/A

Aspen Village at Lost Mountain

Name of Debtor:  Memory Care                    Case Number:  19-40263

Reporting Period beginning 7/1/2019              Period ending  7/31/2019

NAME OF BANK: _____       BRANCH:  _____

ACCOUNT NAME:  _____

ACCOUNT NUMBER:  _____

PURPOSE OF ACCOUNT:  _____PAYROLL_____

Account for all disbursements, including voids, lost payments, stop payment, etc.  In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                    $_____

## ATTACHMENT 4C

### MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT    N/A

Aspen Village at Lost Mountain

Name of Debtor:  Memory Care                         Case Number: 19-40263

Reporting Period beginning  7/1/2019              Period ending  7/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.   A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: _____     BRANCH: _____

ACCOUNT NAME: _____     ACCOUNT NUMBER: _____

PURPOSE OF ACCOUNT:  _____TAX_____

| | |
|---|---|
| Ending Balance per Bank Statement | $ _____ |
| Plus Total Amount of Outstanding Deposits | $ _____ |
| Minus Total Amount of Oustanding Checks and other debits | $ _____ * |
| Minus Service Charges | $ _____ |
| Ending Balance per Check Register | $ _____ **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:**_____
_____

The following disbursements were paid by Cash:  ( ☐   Check here if cash disbursements were authorized by
United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT  N/A

Aspen Village at Lost Mountain

Name of Debtor: _Memory Care_____        Case Number: _19-40263_____

Reporting Period beginning _7/1/2019_____        Period ending _7/31/2019_____

NAME OF BANK: _____        BRANCH: _____

ACCOUNT NAME: _____        ACCOUNT # _____

PURPOSE OF ACCOUNT: _____TAX_____

Account for all disbursements, including voids, lost checks, stop payments, etc.  In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |
| ____ | _____ | _____ | _____ | _____ |

TOTAL                                                            _____(d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____ (d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements
    (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements
    (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

## ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT   N/A

## INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL                                                                    _____(a)

## PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**TOTAL**                                    **$**_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____
_____
_____
_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**     **$**_____**(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the
    amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page
    MOR-2, Line 7).

## <u>ATTACHMENT 6</u>

### <u>MONTHLY TAX REPORT</u>  N/A

Name of Debtor: <u>Aspen Village at Lost Mountain</u>
<u>Memory Care</u>                    Case Number: <u>19-40263</u>

Reporting Period beginning <u>7/1/2019</u>          Period ending <u>7/31/2019</u>

### **TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

TOTAL                         $_____

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**   N/A

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Aspen Village at Lost Mountain

Name of Debtor:  Memory Care                     Case Number:  19-40263

Reporting Period beginning  7/1/2019            Period ending  7/31/2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month.  Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc.  Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life.  For the first report, attach a copy of the declaration sheet for each type of insurance.  For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| Finley Pinson & Assoc., Inc. | 770-517-0777 | DPS4000856 | Commercial Prop | 11/16/2019 | |
| Mount Vernon Specialty Insurance Company | | | | | |
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |
| | | | |

☐  **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**



Genesee
3025 Windward Plaza Ste 400
Alpharetta, GA 30005
www.geneseeins.com
Date Prepared: 1/2/2019

# Commercial Property       Schedule Of Taxes And Fees

| | |
|---|---|
| **Agency:** Finley Pinson & Associates Inc | **Insured:** Aspen Village at Lost Mountain Memory Care LLC |
| Address: 7117 N.MAIN ST. Woodstock, GA 30188- | Address: P.O. BOX 70 POWDER SPRINGS, GA 30127 |
| Phone: (770) 517-0777    Fax: (770) 517-0778 Contact: | |

| | |
|---|---|
| Effective Date: 11/16/2018 | Policy Number: DPS4000856 |
| Expiration Date: 11/16/2019 | Carrier: Mount Vernon Specialty Insurance Company Non-Admitted |

Please refer to Coverage Details on the attached Policy.

**Premiums**

| | |
|---|---:|
| Commercial Property Premium: | 13,260.00 |
| Terrorism: | EXCLUDED |
| Policy Fee: | 250.00 |
| Surplus Lines: | 540.40 |
| Total Premium: | **14,050.40** |
| Deposit Due: | 0.00 |

"This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law O.C.G.A. Chapter 33-5." Roger B. Ware Jr. License # 542894

Customer Copy

# Mount Vernon Specialty Insurance Company

1170 Devon Park Drive, Wayne, Pennsylvania 19087

A Member Company of Devon Park Specialty Insurance

Renewal of Number

POLICY DECLARATIONS

## No. DPS4000856

NAMED INSURED AND ADDRESS:

ASPEN VILLAGE AT LOST MOUNTIAN MEMORY
CARE LLC
PO BOX 1321
MARIETTA, GA 30061

This contract is registered and delivered as a surplus line coverage under the Surplus Line Insurance Law, O.C.G.A. Chapter 33-5.

POLICY PERIOD: (MO. DAY YR.)  From: 11/16/2018  To: 11/16/2019

12:01 A.M. STANDARD TIME AT YOUR
MAILING ADDRESS SHOWN ABOVE

FORM OF BUSINESS:  Limited Liability Company

BUSINESS DESCRIPTION:  Unoccupied Building Renovation

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.**

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $13,260.00 |
| Wholesaler Broker Fee | $250.00 |
| Surplus Lines Tax | $540.40 |
| TOTAL: | $14,050.40 |

**PLEASE NOTE: FLAT CANCELLATION**

**NOT ALLOWED AFTER EFFECTIVE DATE**

Coverage Form(s) and Endorsement(s) made a part of this policy at time of issue

## See Endorsement EOD (1/95)

Agent:  GENESEE GENERAL (1726)
3025 Windward Plaza, Suite 400
Alpharetta, GA  30005

Broker:  Finley, Pinson & Assoc., Inc

Issued:  11/26/2018 2:48 PM

By: _Donna K. Culp_

Authorized Representative

UPD (08-07)

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE PART COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY.

# EXTENSION OF DECLARATIONS

Policy No. DPS4000856

Effective Date:   11/16/2018

12:01 AM STANDARD TIME

**FORMS AND ENDORSEMENTS**

The following forms apply to the Commercial Property coverage part

| Endt# | Revised | Description of Endorsements |
|-------|---------|----------------------------|
| 2110 | 04/15 | Service Of Suit |
| CP 112 | 04/15 | "Equipment Breakdown" Enhancement Endorsement |
| CP 132 | 04/15 | Mortgagee/Loss Payable Provisions |
| CP 142 | 04/15 | Protective Devices Or Services Provisions |
| CP 219 | 04/15 | Exclusion - Lessening In Value |
| CP 224 | 04/15 | Asbestos Material Exclusion |
| CP 225 | 04/15 | Exclusion - Lead Contamination |
| CP 226 | 04/15 | Absolute Pollution Exclusion – Property |
| CP 227 | 04/15 | Mold, Fungus, Bacteria, Virus or Organic Pathogen Exclusion |
| CP 228 | 04/15 | Amendment to Exculsion - Causes of Loss - Special Form |
| CP 229 | 04/15 | Coverage Period Endorsement - Covered Property Under Renovation |
| CP 245 | 09/15 | Earth Movement Exclusion |
| CP0010 | 06/07 | Building And Personal Property Coverage Form |
| CP0090 | 07/88 | Commercial Property Conditions |
| CP0131 | 11/03 | Georgia Changes |
| CP0450 | 07/88 | Vacancy Permit |
| CP1030 | 06/07 | Causes Of Loss - Special Form |
| CP1032 | 08/08 | Water Exclusion Endorsement |
| CP1056 | 06/07 | Sprinkler Leakage Exclusion |
| IL0017 | 11/98 | Common Policy Conditions |
| IL0262 | 09/08 | Georgia Changes - Cancellation And Nonrenewal |
| IL0935 | 07/02 | Exclusion Of Certain Computer-Related Losses |
| Jacket | 04/15 | Insurance Policy |
| L-367 | 04/15 | Minimum Earned Premium Endorsement |
| L-367B | 04/15 | Minimum Earned Premium Endorsement |
| P 249 | 04/15 | Exclusion of war, military action and terrorism (coverage for certain fire losses) |
| TRIADN | 02/15 | Policyholder Disclosure Notice of Terrorism Insurance Coverage |

## COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS

Policy No. DPS4000856

Effective Date:  11/16/2018

12:01 AM STANDARD TIME

---

### DESCRIPTION OF PREMISES

| Prem | Bldg | Location, Construction, Occupancy and Other Information | Territory | Fire Code |
|------|------|--------------------------------------------------------|-----------|-----------|
| 1 | 1 | 60 Hillside Terrace, Dallas, GA 30157 | 003 | 1180 |

Description:          Unoccupied Building Renovation

Covered Causes of Loss:  Special Excluding Sprinkler Leakage          Protection Class   3

Construction:          Frame          Square Footage:   29000

Special Deductible:   None          Special Deductible Type:

---

### COVERAGES PROVIDED - INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY FOR COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN

| Prem | Bldg | Coverage | Limits of Insurance | Deductible | Coinsurance % or Monthly Indemnity | + Valuation | Premium |
|------|------|----------|---------------------|------------|-------------------------------------|-------------|---------|
| 1 | 1 | Building | $3,137,000 | $5,000 | 80% | RC | $10,572 |
| 1 | 1 | Building Improvements | $1,300,000 | $5,000 | 100% | RC | $1,976 |
| 1 | 1 | Equipment Breakdown | Included | $1,000 | | | $712 |

MINIMUM PREMIUM FOR PROPERTY COVERAGE PART:  $1,212

TOTAL PREMIUM FOR PROPERTY COVERAGE PART:  $13,260

MP - minimum premium

+ Valuation: ACV - Actual Cash Value; RC - Replacement Cost; RC/ACV - Replacement Cost/ACV Roof
FBV - Functional Building Value; AA - Agreed Amount; ALS - Actual Loss Sustained

---

LOSS PAYABLE(S): CP-132 (04-15)

Coverage Form(s)/Part(s) and Endorsement(s) made a part of this policy at time of issue:
See Endorsement EOD (01/95)

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.**

Includes copyrighted material of ISO Commercial Risk Services, Inc., with its permission.
Copyright, ISO Commercial Risk Services, Inc., 1983, 1984, 1988

**This page has been intentionally left blank.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**   N/A

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

IN RE:

ASPEN VILLAGE AT LOST MOUNTAIN
MEMORY CARE, LLC,

      Debtor.

CHAPTER 11

CASE NO. 19-40263-BEM

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the date indicated below a true and correct copy of foregoing monthly operating report was served via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the pleading to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- Francesca Macchiaverna    fmacchiaverna@huntermaclean.com, btees@huntermaclean.com
- Martin P. Ochs    martin.p.ochs@usdoj.gov

This 19th day of August, 2019.

                 **JONES & WALDEN, LLC**

                 */s/ Leslie M. Pineyro*
                 Leslie M. Pineyro
                 Georgia Bar No. 969800
                 Attorney for Debtor
                 21 Eighth Street, NE
                 Atlanta, Georgia 30309
                 (404) 564-9300 Telephone
                 (404) 564-9301 Facsimile
                 LPineyro@JonesWalden.com