# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 11** |
| **ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,** | **CASE NO. 19-40263-BEM** |
| Debtor. | |

## BALLOT CERTIFICATION AND SUMMARY OF THE VOTING ON
## DEBTOR'S PLAN OF REORGANIZATION AS MODIFIED OR AMENDED

COMES NOW Aspen Village at Lost Mountain Memory Care, LLC ("Debtor"), debtor and debtor in possession in the above-captioned case, by and through the undersigned counsel, and in accordance with BLR 3018-1 NDGA, hereby files this "Ballot Certification and Summary of the Voting on Debtor's Plan of Reorganization as Modified or Amended" ("Summary"). In support of the Summary, Debtor shows the Court as follows:

Tabulated as of:                September 3, 2019

for

Confirmation Hearing to be held:   September 19, 2019

A summary of the voting is set forth on the next page. Counsel for the Debtor certifies that all ballots filed and maintained by the Bankruptcy Court and/or received and maintained by Counsel for the Debtor were counted and tallied in the class for which those ballots were cast.

| Class Number and Description | Number of Votes | Dollar Amount of Votes | Class Impaired & Entitled to Vote |
|---|---|---|---|
| Class 1: Internal Revenue Service Priority Tax Claim | 0 Accepts<br>0 Rejects<br>0% Voted | $0.00 Accepts<br>$0.00 Rejects<br>0% Voted | _X_ Yes<br>___ No |
| Class 2: Georgia Department of Revenue Priority Tax Claim | 0 Accepts<br>0 Rejects<br>0% Voted | $0.00 Accepts<br>$0.00 Rejects<br>0% Voted | _X_ Yes<br>___ No |
| **Class 3: Contractors and Subcontractors with Materialmen's Liens** | **4 Accepts<br>0 Rejects<br>100% Voted Accepts<br>0% Voted Rejects** | **$1,342,921.66 Accepts<br>$0.00 Rejects<br>100% Voted Accepts<br>0% Voted Rejects** | _X_ Yes<br>___ No |
| Class 4: Priority or Secured Tax Claim of Paulding County Tax Commissioner | 0 Accepts<br>0 Rejects<br>0% Voted | $0.00 Accepts<br>$0.00 Rejects<br>0% Voted | _X_ Yes<br>___ No |
| Class 5: Tax Claims of Governmental Units Not Otherwise Classified | 0 Accepts<br>0 Rejects<br>0% Voted | $0.00 Accepts<br>$0.00 Rejects<br>0% Voted | _X_ Yes<br>___ No |
| **Class 6: Secured Claim of MidCap Funding Investment IV LLC** | **0 Accepts<br>1 Rejects<br>0% Voted Accepts<br>100% Voted Reject** | **$0.00 Accepts<br>$19,271,908.39 Rejects<br>0% Voted Accepts<br>100% Voted Reject** | _X_ Yes<br>___ No |
| **Class 7: General Unsecured Claims** | 4 Accepts<br>0 Rejects<br>100% Voted Accepts<br>0% Voted Rejects | $1,293,767.94 Accepts<br>$0.00 Rejects<br>100% Voted Accepts<br>0% Voted Rejects | _X_ Yes<br>___ No |
| **Class 8: Interest Claims** | 1 Accepts<br>0 Rejects<br>100% Voted Accepts<br>0% Voted Rejects | 55% Accepts<br>0% Rejects<br>100% Voted Accepts<br>0% Voted Rejects | n/a |

<u>Conclusion</u>

Debtor shows that the Plan has received the requisite acceptances to be confirmed under the Bankruptcy Code.

Respectfully submitted this 17th day of September, 2019.

**JONES & WALDEN, LLC**

<u>*/s/ Leslie M. Pineyro*</u>
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
<u>lpineyro@joneswalden.com</u>

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40263-BEM** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the date indicated below a true and correct copy of the foregoing *Ballot Certification and Summary of the Voting on Debtor's Plan of Reorganization as Modified or Amended* was served via the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and accompanying link to the pleading to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- Evan M. Altman    evan.altman@laslawgroup.com, johanna@laslawgroup.com
- David N. Bryman    dbryman@brymanclerke.com, mwigley@brymanclerke.com
- Lindsay P. S. Kolba    lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov
- Francesca Macchiaverna    fmacchiaverna@huntermaclean.com, btees@huntermaclean.com
- Martin P. Ochs    martin.p.ochs@usdoj.gov

This 17th day of September, 2019.

**JONES & WALDEN, LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
*lpineyro@joneswalden.com*