### IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE:<br><br>**ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,**<br><br>      **Debtor.** | **CHAPTER 11**<br><br>**CASE NO. 19-40263-BEM** |

### FOURTH MODIFICATION TO PLAN OF REORGANIZATION

COMES NOW, Aspen Village at Lost Mountain Memory Care, LLC ("Debtor") and files this *Fourth Modification to Plan of Reorganization* ("Modification"). In support of the Modification, Debtor shows the Court as follows:

1. Debtor filed its "Disclosure Statement for Plan of Reorganization" (Doc. No. 41), on April 15, 2019, as supplemented on July 2, 2019 pursuant to the "Supplement to Disclosure Statement" (Doc. No. 58) (collectively, the "Disclosure Statement"), referring to its "Plan of Reorganization" (Doc. No. 42) (as amended or modified, the "Plan").

2. The Court entered an order approving the Disclosure Statement on August 1, 2019 (Doc. No. 66) and setting the deadline for objections to the Plan and deadline for casting ballots regarding the Plan as September 3, 2019.

3. Debtor filed its First Modification to Plan of Reorganization (Doc. No. 82) on August 30, 2019.

4. Debtor filed its Second Modification to Plan of Reorganization (Doc. No. 83) on August 30, 2019 (the "Second Modification").

5. Debtor filed its Third Modification to Plan of Reorganization on September 13, 2019 (Doc. No. 94) (the "Third Modification").

6. On September 19, 2019, the Court held a Confirmation Hearing to consider confirmation of the Plan.

7. On November 26, 2019, the Court entered an "Order On Confirmation of Debtor's Third Amended Plan of Reorganization Dated September 13, 2019" (Doc. No. 103) (the "Confirmation Hearing Order"). Pursuant to the Confirmation Hearing Order, the Court denied confirmation of the Plan but allowed Debtor the opportunity to amend the Plan on or before January 30, 2020 to address the Court's finding that Debtor must pay the present value of MidCap Funding Investment IV, LLC's ("Midcap") Allowed Class 6 Secured Claim rather than only paying interest on the principal portion of the same.

8. Debtor modifies the Plan to satisfy the Court's findings in the Confirmation Order.

9. Debtor hereby modifies the Plan in accordance with Sections 1125 and 1127 of the Bankruptcy Code.  The changes in this Fourth Modification do not materially or adversely affect the rights of any parties in interest which have not had notice and an opportunity to be heard with regard thereto.

10. Article 4.6, Secured Claim of MidCap Funding Investment IV, LLC, shall be modified as follows:

   a. The following sentence shall be deleted: "Interest shall accrue on the principal balance of the Allowed Class 6 Secured Claim at the rate of seven and one-half percent (7.5%) per annum" (the "Deleted Interest Sentence.").

   b. The Deleted Interest Sentence shall be replaced with the following sentence: "Interest shall accrue on the Allowed Class 6 Secured Claim at the rate of seven and one-half percent (7.5%) per annum."

   c. As announced at the Confirmation Hearing, Article 4.6 is further modified or clarified to provide that nothing in the Pre-Petition Loan Documents or otherwise shall prevent Debtor from implementing and performing the Plan, including without limitation any prohibition in the Pre-Petition Loan Documents

regarding changes in ownership or the issuance of equity in Debtor or other obligors or guarantors.

11. Except as expressly set forth in this Modification, the First Modification, Second Modification, and Third Modification, all terms and provisions of the Plan remain in full force and effect.

Submitted this 2nd day of December, 2019.

**ASPEN VILLAGE AT LOST MOUNTAIN ASSISTED LIVING, LLC**
By:  */s/ Anderson Glover*
Name:  Anderson Glover
Title: Manager

**JONES & WALDEN, LLC**
*/s/ Leslie Pineyro*
Leslie Pineyro
Georgia Bar No. 969800
Leon S. Jones
Georgia Bar No. 003980
21 Eighth Street, NE
Atlanta, Georgia 30309
(404) 564-9300
Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE:<br><br>ASPEN VILLAGE AT LOST MOUNTAIN MEMORY CARE, LLC,<br><br>    Debtor. | CHAPTER 11<br><br>CASE NO. 19-40263-BEM |

## CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the foregoing *Fourth Modification to Plan of Reorganization* ("Modification") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Modification to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Evan M. Altman**    evan.altman@laslawgroup.com, johanna@laslawgroup.com
- **David N. Bryman**    dbryman@brymanclerke.com, mwigley@brymanclerke.com
- **Taylor L. Dove**    tdove@huntermaclean.com, gfischer@huntermaclean.com
- **Lindsay P. S. Kolba**    lindsay.p.kolba@usdoj.gov, lisa.maness@usdoj.gov
- **Francesca Macchiaverna**    fmacchiaverna@huntermaclean.com, btees@huntermaclean.com
- **Martin P. Ochs**    martin.p.ochs@usdoj.gov

I further certify that on this day I caused a copy of the Modification to be served via U.S. First Class Mail on the attached matrix with adequate postage prepaid and via email on the following parties at the address shown below:

Anderson Glover
andersonglover@rocketmail.com

This 2nd day of December, 2019.

                                                    **JONES & WALDEN, LLC**
                                                    */s/ Leslie Pineyro*
                                                    Leslie Pineyro
                                                    Georgia Bar No. 969800
                                                    21 Eighth Street, NE
                                                    Atlanta, Georgia 30309
                                                    (404) 564-9300
                                                    lpineyro@joneswalden.com
                                                    Attorney for Debtor

4

```
Label Matrix for local noticing        3333 Piedmont Rd NE
113E-4                                 Bryan Harrison
Case 19-40263-bem                      Locke Lord LLP
Northern District of Georgia           3333 Piedmont Rd NE, STE 1200
Rome                                   Atlanta, GA 30305-1724
Mon Dec  2 12:18:19 EST 2019

                                       Anderson Glover                 Aspen Village At Lost Mountain Memory Care,
                                       PO Box 211                      2860 Overlook Court
                                       3600 Dallas Hwy                 Atlanta, GA 30324-7507
                                       Marietta, GA 30064-1675


                                       Chris Carr, Attorney Genr'l GA  DeFoor Acoustical, Inc.
                                       Office of the Attorney General  Attn: D Jay DeFoor, Registered Agent
                                       40 Capitol Square, SW           164 Giles Road
                                       Atlanta, GA 30334-9057          Warner Robins GA 31093-8928


                                       GCD & Associates, LLC           GCD & Associates, LLC
                                       2901 Ridgelock Court            P.O. Box 81811
                                       Atlanta, GA 30360-1420          Atlanta, GA 30366-1811



                                       (p)GEORGIA DEPARTMENT OF REVENUE Georgia Dept. of Labor
                                       COMPLIANCE DIVISION              Suite 826
                                       ARCS BANKRUPTCY                  148 Andrew Young Inter. Blvd., NE
                                       1800 CENTURY BLVD NE SUITE 9100  Atlanta GA 30303-1751
                                       ATLANTA GA 30345-3202

Georgia Dept. of Labor                 Guy Cherwonuk                   Harris Ventures, Inc.
Suite 910                              5655 Lake Acworth Drive         2650 Holcomb Bridge Road
148 Andrew Young Inter. Blvd., NE      Suite 310                       Suite 630
Atlanta GA 30303-1751                  Acworth, GA 30101-7329          Alpharetta, GA 30022-5343


INTERNAL REVENUE SERVICE                                               Internal Revenue Service
P O BOX 7346                                                           Central Insolvency Office
2970 MARKET STREET                                                     401 West Peachtree St. NW
PHILADELPHIA, PA. 19104-5002                                           Atlanta, GA 30308


 William Barr US Attny General         John McClaugherty
950 Pennsylvania Avenue, NW            1863 Tristan Drive, SE
Washington, DC 20530-0009              Smyrna GA 30080-6485



Kelly C. Zambetti as Attorney in Fact for                              Laurio Contractor
Joyce G. Chapman, Creditor                                             216 Will Creek Drive
7570 Wentworth Drive                                                   Canton, GA 30115-5111
Duluth GA 30097-1611



Lynne Riley                                                            Marcus & Millichap Real Estate Investment Se
State of Georgia Revenue Commi                                         1100 Abernathy Road, NE Ste 600
1800 Century Blvd, N.E.                                                Atlanta, GA 30328-5628
Atlanta, GA 30345-3202
```

Mark Butler, Comm. of Labor
Georgia Department of Labor
148 Andrew Young Int't, #900
Atlanta, GA 30303-1732

MidCap Funding Investment IV, LLC
P.O. Box 9848
Savannah, GA 31412-0048

Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224-0001

Paces Ferry Builders, LLC
300 Sablewood Drive
Alpharetta, GA 30004-8049

Paulding County Tax Comm
240 Constitution Boulevard
Room 3006
Dallas, GA 30132-4614

Pro-Tec Fire & Sprinkler, Inc.
2330 Pro-Tec Way
Suite B
Loganville, GA 30052-3683

Robert L. Fouse
2794 S. Cherokee Lane
Woodstock, GA 30188-4450

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Sunbelt Rentals, Inc.
2341 Deerfield Drive
Fort Mill, SC 29715-8298

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

U.S. Attorney
1800 Richard Russell Building
75 Ted Turner Dr.,SW
Atlanta, GA 30303-3315

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW, Suite 600
Atlanta GA 30303-3309

Xeritech, LLC
P.O. Box 467562
Atlanta, GA 31146-7562