

**IT IS ORDERED as set forth below:**

**Date: January 29, 2020**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ROME DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-40263-BEM |
| Aspen Village At Lost Mountain Memory Care, LLC, | |
| Debtor. | CHAPTER 11 |

### ORDER CONFIRMING CHAPTER 11 PLAN

A hearing was held (the "Hearing") on January 21, 2020 on confirmation of a chapter 11 plan filed by Aspen Village at Lost Mountain Assisted Living, LLC, case number 19-40262 and an oral ruling issued January 24, 2020. The Court hereby adopts the reasoning announced on the record at the oral ruling issued January 24, 2020 in case number 19-40262 and applies it to this case.

The Court previously considered confirmation of Debtor's chapter 11 plan dated September 13, 2019 (the "September 13, 2019 Plan") [Doc. 94]. After an evidentiary hearing, the Court declined to confirm the September 13, 2019 Plan because it failed to pay MidCap Funding Investment IV, LLC ("MidCap") the present value of its claim pursuant to 11 U.S.C. § 1129(b).

An order to that effect was entered November 26, 2019 (the "Order Denying Confirmation"). [Doc. 103].

In the Order Denying Confirmation, the Court analyzed each of the elements of 11 U.S.C. § 1129(a) and found that each was met by the September 13, 2019 Plan except subsection (a)(8), thus triggering the "cram down" requirements of § 1129(b). The Court then found that the September 13, 2019 Plan was not "fair and equitable" as required by § 1129(b). It "concluded that the 7.5% rate is a sufficient rate of interest to provide MidCap with a market rate of interest plus compensation for the additional risk associated with this case." [Doc. 103 at 25]. However, it concluded that Debtor was not paying MidCap the present value of its secured claim under the September 13, 2019 Plan and therefore declined to confirm the plan.

Debtor filed its *Fourth Modification to Plan of Reorganization* on December 2, 2019 (the "Amendment") [Doc. 105], pursuant to the Order Denying Confirmation which provided that Debtor may amend the September 13, 2019 Plan on or before January 30, 2020. The Amendment changed the sentence "Interest shall accrue on the principal balance of the Allowed Class 6 Secured Claim at the rate of seven and one-half percent (7.5%) per annum" to "Interest shall accrue on the Allowed Class 6 Secured Claim at the rate of seven and one-half percent (7.5%) per annum." On December 10, 2019, MidCap objected to confirmation of the September 13, 2019 Plan as modified by the Amendment on the grounds that it is not feasible (the "Objection") [Doc. 107]. Accordingly, the cram down requirements must be met by the September 13, 2019 Plan as modified by the Amendment.

For the reasons explained in the Order Denying Confirmation, the Court finds that each element of 11 U.S.C. § 1129(a) except subsection (a)(8) have been met by the September 13, 2019 Plan as modified by the Amendment. Additionally, the change in the Amendment of

paying MidCap interest on the entire amount of its allowed claim instead of on the principal balance of the claim, satisfies the fair and equitable requirement of § 1129(b). The Court declines to address the arguments concerning feasibility in the Objection because, as explained on the record at the oral ruling January 24, 2020 in case 19-40262, these arguments have been fully addressed in the Order Denying Confirmation, and the Court declines to reconsider that Order. [*See* Doc. 103].

For the reasons announced on the record at the oral ruling January 24, 2020 in case 19-40262 and the reasons above, it is hereby

ORDERED that Debtor's chapter 11 plan of reorganization, as amended December 2, 2019, is CONFIRMED and the Objection [Doc. 107] is OVERRULED.

**END OF ORDER**

**Distribution List**

Aspen Village At Lost Mountain Memory
Care, LLC
2860 Overlook Court
Atlanta, GA 30324

Leon S. Jones
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309

Vanessa A. Leo
Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive SW
Atlanta, GA 30303

Francesca Macchiaverna
HUNTER, MACLEAN, EXLEY & DUNN,
P.C.
200 East Saint Julian Street
Savannah, Georgia 31412-0048